EMMET COUNTY v. PETERSON ET UX.,

BURNHAM v. SANDS ET AL.,

McCORMICK v. BROWN,

PARSONS v. KNIGHT,

FULLER & CO. v. TORKELSON.

*Appeals from Emmet Circuit Court.*

WEDNESDAY, APRIL 3.

DAY, J.—These cases involve the same question as that determined in *Gammon & Deering v. Knudson*, 46 Iowa, 455. Following that case, these cases must be

REVERSED.